IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02082-LTB-RTG

DANE ERIC GROSS,

    Plaintiff,

v.

PARAMOUNT ACCEPTANCE d/b/a VASA FITNESS and
WESTMINISTER POLICE DEPARTMENT,

    Defendants.
\

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on October 4, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff. DATED at Denver, Colorado, October 4, 2024.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ **A. Garcia Garcia**
    Deputy Clerk